Commonwealth *v.* Booth, Appellant.

Submitted September 22, 1970. *Harold L. Randolph,* and *Nix, Randolph & Watson,* for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,*

First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.